Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: RICAURTE, KIMBERLY § <br> § <br> § <br> Debtor(s) § | Case No. 14-40912 |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 12, 2014.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     17,636.09

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 151.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $   17,484.95 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/26/2015 and the deadline for filing governmental claims was 05/11/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,513.61. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,513.61, for a total compensation of $2,513.61.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $21.70, for total expenses of $21.70.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/01/2015          By: /s/Ira Bodenstein
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-40912　　　　　　　　　　　　**Trustee:**　　(330129)　　Ira Bodenstein
**Case Name:**　　RICAURTE, KIMBERLY　　　　　　**Filed (f) or Converted (c):**　11/12/14 (f)
　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　12/22/14
**Period Ending:** 10/01/15　　　　　　　　　　　**Claims Bar Date:**　05/26/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1　700 Sunset Lane, Glencoe IL, (Value obtained fro　Orig. Description: 700 Sunset Lane, Glencoe IL, (Value obtained from Appraisal on September 24, 2013); Imported from original petition Doc# 1; Exemption: 700 Sunset Lane (Value obtained from Appraisal on September 24, 2013)  -  Amount: 15000.00; Lien: First Mortgage 700 Sunset Lane Glencoe IL (Value obtained from Appraisal on Value $ September 24, 2013) 795000  -  Amount: 770293.00; Lien: Home Equity Loan 700 Sunset Lane Glencoe IL (Value obtained from Appraisal on Value $ September 24, 2013) 795000  -  Amount: 54000.00 | 795,000.00 | 0.00 | | 0.00 | FA |
| 2　Diamond Resort , Cabo San Lucas, Mexico, share.　Orig. Description: Diamond Resort , Cabo San Lucas, Mexico, share. Value is unknown; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3　cash on person $30.00　Orig. Description: cash on person $30.00; Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 4　JP Morgan Chase checking account (last four digi　Orig. Description: JP Morgan Chase checking account (last four digits) 2787; Imported from original petition Doc# 1 | 28.28 | 0.00 | | 0.00 | FA |
| 5　Money Market account at JP Morgan - Stanley ---　Orig. Description: Money Market account at JP Morgan - Stanley --- ???; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6　Waddell Reed Investment account : (Account conti　Orig. Description: Waddell Reed Investment account : (Account continues to be held in names of Debtor | 2,547.75 | 0.00 | | 10,021.09 | FA |

Exhibit A

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 14-40912  
**Case Name:** RICAURTE, KIMBERLY  

**Period Ending:** 10/01/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 11/12/14 (f)  
**§341(a) Meeting Date:** 12/22/14  
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | and ex spouse Gerald Ricaurte, despite terms of divorce judgment.) Ex husband is non communicative and supposedly out of the country.; Imported from original petition Doc# 1; Exemption: Waddell Reed Investment account : (Account continues to be held in names of Debtor and ex spouse Gerald Ricaurte, despite terms of divorce judgment.) Ex husband is non communicative and supposedly out of the country. - Amount: 750.00 | | | | |
| 7 | Miscellaneous items of heavily used furniture in<br>Orig. Description: Miscellaneous items of heavily used furniture in excess of twelve years. Value referenced below is an estimate.; Imported from original petition Doc# 1; Exemption: Miscellaneous items of heavily used furniture in excess of twelve years. Value referenced below is an estimate. - Amount: 250.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous items of women's clothing. Value r<br>Orig. Description: Miscellaneous items of women's clothing. Value referenced below is an estimate.; Imported from original petition Doc# 1; Exemption: Miscellaneous items of women's clothing. Value referenced below is an estimate. Term life insurance policy: No cash Value ??          215 ILCS 5/238             0.00 0.00 Dependant child is beneficiary Universal Life Insurance Policy with Protective 215 ILCS 5/238          100% 2,989.56 Life Insurance : Beneficiary is minor dependant son. Surrender value listed below - Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 9 | Term life insurance policy: No cash Value ?? Dep<br>Orig. Description: Term life insurance policy: No cash Value ?? Dependant child is beneficiary; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Universal Life Insurance Policy with Protective<br>Orig. Description: Universal Life Insurance Policy | 2,989.56 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 14-40912  
**Case Name:** RICAURTE, KIMBERLY  

**Period Ending:** 10/01/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 11/12/14 (f)  
**§341(a) Meeting Date:** 12/22/14  
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | with Protective Life Insurance : Beneficiary is minor dependant son. Surrender value listed below; Imported from original petition Doc# 1 | | | | | |
| 11 | Term Life Insurance policies on life of Debtor a<br>  Orig. Description: Term Life Insurance policies on life of Debtor and life of ex husband Gerald Ricaurte with Nationnwide Insurance; Imported from original petition Doc# 1; Exemption: Ricaurte, SC  -  Amount: 3000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Sole Owner of Kimberly D. Ricaurte, SC. 570 Linc<br>  Orig. Description: Sole Owner of Kimberly D. Ricaurte, SC. 570 Lincoln Ave. #4 Winnetka, Illinois 60093: Entitly is a professional service corporation through which Debtor houses and maintains her dermatology medical proactice. Entity is believed to have no value: Tax returns to be tendered to Trustee at 34 1 meeting.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2009 Mercedes : Jointly owned with Kimberly D. R<br>  Orig. Description: 2009 Mercedes : Jointly owned with Kimberly D. Ricaurte, SC; Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 3,500.00 | FA |
| 14 | 2014 Jeep Wrangler. (The value referenced below<br>  Orig. Description: 2014 Jeep Wrangler. (The value referenced below is an estimate); Imported from original petition Doc# 1; Exemption: 2009 Mercedes : Jointly owned with Kimberly D.  -  Amount: 2400.00; Lien: lien on car title<br>2014 Jeep Wrangler. (The value referenced below is an estimate)<br>Value $ 20000  -  Amount: 25182.00; Lien: May 8, 2010<br>2009 Mercedes : Jointly owned with<br>Kimberly D. Ricaurte, SC<br>Value $ 20000  -  Amount: 19000.00 | 20,000.00 | 0.00 | | 0.00 | FA |
| 15 | Rights to boat slip : Prairie Harbor Yacht Club:<br>  Orig. Description: Rights to boat slip : Prairie Harbor | Unknown | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 14-40912     **Trustee:** (330129) Ira Bodenstein
**Case Name:** RICAURTE, KIMBERLY     **Filed (f) or Converted (c):** 11/12/14 (f)
    **§341(a) Meeting Date:** 12/22/14
**Period Ending:** 10/01/15     **Claims Bar Date:** 05/26/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Yacht Club:12800 Lakeshore Drive Pleasant Prairie, WI.; Imported from original petition Doc# 1 |  |  |  |  |  |
| 16 | Federal Income Tax Refund (2014)  (u) | Unknown | 0.00 |  | 4,115.00 | FA |
| 16 | **Assets   Totals** (Excluding unknown values) | **$832,295.59** | **$0.00** |  | **$17,636.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

    4/20/2015- Review claims after 5/26/15 bar date and object as needed
        Prepare TFR

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015     **Current Projected Date Of Final Report (TFR):**     December 31, 2015

Printed: 10/01/2015 03:40 PM     V.13.25

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-40912  
**Case Name:** RICAURTE, KIMBERLY  

**Taxpayer ID #:** **-***3919  
**Period Ending:** 10/01/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 920.41 | | 920.41 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 951.88 | | 1,872.29 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 1,223.06 | | 3,095.35 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 1,327.04 | | 4,422.39 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 1,609.02 | | 6,031.41 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 3,989.68 | | 10,021.09 |
| 03/31/15 | {13} | Kimberly Ricaurte | Sale of equty in 2009 Mercedes back to the debtor per order entered 3/31/15 | 1129-000 | 3,500.00 | | 13,521.09 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,511.09 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.26 | 13,491.83 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.75 | 13,473.08 |
| 06/03/15 | {16} | United States Treasury | 2014 Refund | 1224-000 | 4,115.00 | | 17,588.08 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.79 | 17,562.29 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.10 | 17,536.19 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.38 | 17,511.81 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.86 | 17,484.95 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 17,636.09 | 151.14 | $17,484.95 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 17,636.09 | 151.14 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$17,636.09** | **$151.14** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0066** | 17,636.09 | 151.14 | 17,484.95 |
| | $17,636.09 | $151.14 | $17,484.95 |

{} Asset reference(s)

Printed: 10/01/2015 03:40 PM    V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 26, 2015

**Case Number:** 14-40912  
**Debtor Name:** RICAURTE, KIMBERLY  

Page: 1

**Date:** October 1, 2015  
**Time:** 03:40:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $2,513.61 | $0.00 | 2,513.61 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $21.70 | $0.00 | 21.70 |
| NOTFILED 505 | Internal Revenue Service<br>Kansas City, MO 64999 | Priority | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | CitiBank, NA<br>PO Box 790110<br>Saint Louis, MO 63179-0110 | Secured | 3781 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | JP Morgan Chase, NA<br>PO Box 901098<br>Fort Worth, TX 76101-2098 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Chrysler Capital<br>PO Box 660335<br>Dallas, TX 75266-0335 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Capital One, NA<br>PO Box 769004<br>Baltimore, MD 21297-1000 | Secured | XXXXX8420 | $0.00 | $0.00 | 0.00 |
| 1 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $3,278.89 | $0.00 | 3,278.89 |
| 2 610 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | 8183 | $16,778.87 | $0.00 | 16,778.87 |
| 3 610 | Grund & Leavitt, P.C.<br>812 N Dearborn St<br>Chicago, IL 60610 | Unsecured | | $91,205.00 | $0.00 | 91,205.00 |
| 4 610 | American Express Bank, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor,POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 2005 | $2,672.48 | $0.00 | 2,672.48 |
| 5 610 | American Express Centurion Bank<br>Attorneys/Agent for Creditor<br>Becket and Lee LLP,POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 1003 | $1,173.74 | $0.00 | 1,173.74 |
| 6 610 | Cavalry SPV I, LLC<br>Assignee of Capital One, N.A.,c/o Bass<br>& Associates, P.C.,3936 E. Ft. Lowell Su<br>Tucson, AZ 85712 | Unsecured | | $2,083.76 | $0.00 | 2,083.76 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 26, 2015

**Case Number:** 14-40912  
**Debtor Name:** RICAURTE, KIMBERLY  

Page: 2

**Date:** October 1, 2015  
**Time:** 03:40:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 610 | USEFG, ELT BONY T IV<br>American Education Services<br>PO Box 8183<br>Harrisburg, PA 17105 | Unsecured | 7169 | $331,441.15 | $0.00 | 331,441.15 |
| 8 610 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured | 8497 | $34,339.07 | $0.00 | 34,339.07 |
| 9 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | 7181 | $58,480.46 | $0.00 | 58,480.46 |
| NOTFILED 610 | Nordstrom<br>POB 13589<br>Scottsdale, AZ 82567 | Unsecured | X353 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Land Rover Financial Group<br>PO Box 78069<br>Phoenix, AZ 85062-8069 | Unsecured | 1317 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Community Credit Union c/o Erik K. Jacobs:<br>Hyzer & Jacobs<br>855 North Madison<br>Rockford, IL 61107-3015 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | GE Capital Bank<br>POB 4571<br>Carol Stream, IL 60197-4571 | Unsecured | 8686 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CitiPlatinum Select Processing Center<br>Des Moines, IA 50363-0005 | Unsecured | 5703 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank Citibusiness Processing Center<br>Des Moines, IA 50363-0005 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Target Visa<br>POB 660170<br>Dallas, TX 75266-0170 | Unsecured | 3076 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Northshore Medical Group<br>2501 Compass Rd#135<br>Glenview, IL 60025 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Saks Fifth Ave<br>POB 71106<br>Charlotte, NC 28272-1106 | Unsecured | X237 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nordstrom Visa<br>PO Box 6555<br>Englewood, CO 80155 | Unsecured | XXXX-XXXX-XXXX-1921 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 26, 2015

**Case Number:** 14-40912  
**Debtor Name:** RICAURTE, KIMBERLY

Page: 3

**Date:** October 1, 2015  
**Time:** 03:40:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Citgo Processing Center<br>Des Moines, IA 50362-0300 | Unsecured | X599 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Target<br>POB 660170<br>Dallas, TX 75266-0170 | Unsecured | 1197 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Skipper Bud's of Illinois<br>215 North Point Drive<br>Winthrop Harbor, IL 60096 | Unsecured | 9828 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Shell Credit Card<br>PO Box 6406<br>Sioux Falls, SD 57117 | Unsecured | 4730 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America- Mastercard<br>PO Box 982235<br>El Paso, TX 79998-2235 | Unsecured | 6347 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Visa Cardmember Service<br>POB 15153<br>Wilmington, DE 19886-5153 | Unsecured | 2865 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Auto Finance National Recovery Group<br>POB 29505<br>Phoenix, AZ 85038-9505 | Unsecured | 3218 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Ink<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXX-XXXX-XXXX-1432 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America Visa<br>POB 982235<br>El Paso, TX 79998-2235 | Unsecured | 3259 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | American Express<br>POB 7871<br>Fort Lauderdale, FL 33329 | Unsecured | 3001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America<br>POB 982235<br>El Paso, TX 79998-2235 | Unsecured | 1031 | $0.00 | $0.00 | 0.00 |
| 10 620 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 543,988.73 | 0.00 | 543,988.73 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-40912
Case Name: RICAURTE, KIMBERLY
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 17,484.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,484.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,513.61 | 0.00 | 2,513.61 |
| Trustee, Expenses - Ira Bodenstein | 21.70 | 0.00 | 21.70 |

Total to be paid for chapter 7 administration expenses: $ 2,535.31
Remaining balance: $ 14,949.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,949.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,949.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 541,453.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 3,278.89 | 0.00 | 90.53 |
| 2 | Commerce Bank | 16,778.87 | 0.00 | 463.27 |
| 3 | Grund & Leavitt, P.C. | 91,205.00 | 0.00 | 2,518.19 |
| 4 | American Express Bank, FSB | 2,672.48 | 0.00 | 73.79 |
| 5 | American Express Centurion Bank | 1,173.74 | 0.00 | 32.41 |
| 6 | Cavalry SPV I, LLC | 2,083.76 | 0.00 | 57.53 |
| 7 | USEFG, ELT BONY T IV | 331,441.15 | 0.00 | 9,151.15 |
| 8 | Citibank, N.A. | 34,339.07 | 0.00 | 948.11 |
| 9 | PYOD, LLC its successors and assigns as assignee | 58,480.46 | 0.00 | 1,614.66 |

Total to be paid for timely general unsecured claims:   $   14,949.64
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**