| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | DONALD R CASSLING |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL  60654 | Hearing Date: | 11/17/2015 |
| (312) 541-0151 | Hearing Time: | 9:30 am |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   RICAURTE, KIMBERLY      §      Case No. 14-40912
                                 §
                                 §
Debtor(s)                        §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee has filed a final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and the application for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 11/17/2015 in Courtroom 619, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/22/2015          By:    Ira Bodenstein
                                        Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| Ira Bodenstein | The Honorable: | DONALD R CASSLING |
|---|---|---|
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| In re: RICAURTE, KIMBERLY | § Case No. 14-40912 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 17,636.09 |
| *and approved disbursements of* | $ | 151.14 |
| *leaving a balance on hand of* [1] | $ | 17,484.95 |
| **Balance on hand:** | $ | 17,484.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 17,484.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,513.61 | 0.00 | 2,513.61 |
| Trustee, Expenses - Ira Bodenstein | 21.70 | 0.00 | 21.70 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,535.31 |
| Remaining balance: | $ | 14,949.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,949.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,949.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 541,453.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 3,278.89 | 0.00 | 90.53 |
| 2 | Commerce Bank | 16,778.87 | 0.00 | 463.27 |
| 3 | Grund & Leavitt, P.C. | 91,205.00 | 0.00 | 2,518.19 |
| 4 | American Express Bank, FSB | 2,672.48 | 0.00 | 73.79 |
| 5 | American Express Centurion Bank | 1,173.74 | 0.00 | 32.41 |
| 6 | Cavalry SPV I, LLC | 2,083.76 | 0.00 | 57.53 |
| 7 | USEFG, ELT BONY T IV | 331,441.15 | 0.00 | 9,151.15 |
| 8 | Citibank, N.A. | 34,339.07 | 0.00 | 948.11 |
| 9 | PYOD, LLC its successors and assigns as assignee | 58,480.46 | 0.00 | 1,614.66 |

UST Form 101-7-NFR (10/1/2010)

Total to be paid for timely general unsecured claims: $ 14,949.64
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/Ira Bodenstein
                                                    Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-40912-DRC
Kimberly Ricaurte                                                     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 2          Date Rcvd: Oct 23, 2015
                              Form ID: pdf006          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2015.
```
db            +Kimberly Ricaurte,    700 Sunset Lane,    Glencoe, IL 60022-1059
22624214      +American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
22624215       American Express,    POB 7871,    Fort Lauderdale, FL 33329
23156961       American Express Bank, FSB,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                 Malvern, PA 19355-0701
23156962       American Express Centurion Bank,    Attorneys/Agent for Creditor,    Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
22624218      +Amex Green,    PO Box 9981535,    El Paso, TX 79998-1535
22624219     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     POB 982235,    El Paso, TX 79998-2235)
23268548      +CAPITAL ONE, N.A.,,    c/o Codilis and Associates, P.C.,    15w030 North Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
22624222       Capital One, NA,    PO Box 769004,    Baltimore, MD 21297-1000
22624224      +Chase Ink,    PO Box 15298,    Wilmington, DE 19850-5298
22624225       Chase Visa,    Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
22624226       Chrysler Capital,    PO Box 660335,    Dallas, TX 75266-0335
22624227       Citgo,    Processing Center,    Des Moines, IA 50363-0300
22624229       CitiBank, NA,    PO Box 790110,    Saint Louis, MO 63179-0110
22624233       CitiPlatinum Select,    Processing Center,    Des Moines, IA 50363-0005
22624228       Citibank Citibusiness,    Processing Center,    Des Moines, IA 50363-0005
23277605      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
22624230      +Citibank, NA,    PO Box 769004,    San Antonio, TX 78245-9004
22624231       Citibusiness Advantage,    Processing Center,    Des Moines, IA 50363-0005
22624232      +Citigold Advantage World Mastercard,    PO Box 6500,    Sioux Falls, SD 57117-6500
22624234       Commerce Bank Visa,    POB 806000,    Kansas City, MO 64180-6000
22624235       Community Credit Union,    c/o Erik K. Jacobs: Hyzer & Jacobs,    855 North Madison,
                 Rockford, IL 61107-3015
22624239      +Ing Direct,    Division of Capital One,    30 7th Ave, South,    Saint Cloud, MN 56301-4213
22624241       JP Morgan Chase, NA,    PO Box 901098,    Fort Worth, TX 76101-2098
22624242       Land Rover Financial Group,    PO Box 78069,    Phoenix, AZ 85062-8069
22624243       Neiman Marcus,    PO Box 729080,    Dallas, TX 75372-9080
22624246      +Northshore Medical Group,    2501 Compass Rd,    #135,    Glenview, IL 60026-8068
22624247       Saks Fifth Ave,    POB 71106,    Charlotte, NC 28272-1106
22624248      +Shell Credit Card,    PO Box 6406,    Sioux Falls, SD 57117-6406
22624249      +Skipper Bud's of Illinois,    215 North Point Drive,    Winthrop Harbor, IL 60096-1370
22624250       Target,    POB 660170,    Dallas, TX 75266-0170
22624251       Target Visa,    POB 660170,    Dallas, TX 75266-0170
23231984      +USEFG, ELT BONY T IV,    American Education Services,    PO Box 8183,    Harrisburg, PA 17105-8183
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22971422       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 24 2015 01:27:13
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
23191120      +E-mail/Text: bnc@bass-associates.com Oct 24 2015 01:14:41      Cavalry SPV I, LLC,
                 Assignee of Capital One, N.A.,    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,
                 Tucson, AZ 85712-1083
22624223       E-mail/Text: bk.notifications@jpmchase.com Oct 24 2015 01:15:15      Chase Auto Finance,
                 National Recovery Group,    POB 29505,    Phoenix, AZ 85038-9505
22997277       E-mail/Text: bankruptcy@commercebank.com Oct 24 2015 01:15:27      Commerce Bank,
                 P O BOX 419248,    KCREC-10,    Kansas City, MO 64141-6248
22624236       E-mail/Text: bankruptcy@communitycu.com Oct 24 2015 01:14:47      Community Credit Union,
                 311 Main Street,    PO Box 39,    La Crosse, WI 54602-0039
22624237       E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2015 01:26:26      GE Capital Bank,    POB 4571,
                 Carol Stream, IL 60197-4571
23152009      +E-mail/Text: service@grundlaw.com Oct 24 2015 01:16:46      Grund & Leavitt, P.C.,
                 812 N Dearborn St,    Chicago, IL 60610-3317
22624238      +E-mail/Text: service@grundlaw.com Oct 24 2015 01:16:46      Grund & Leavitt, PC,
                 600 Central Ave.,    #248,    Highland Park, IL 60035-3256
22624240       E-mail/Text: cio.bncmail@irs.gov Oct 24 2015 01:15:02      Internal Revenue Service,
                 Kansas City, MO 64999
23562140       E-mail/Text: rev.bankruptcy@illinois.gov Oct 24 2015 01:15:29
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
22624244      +E-mail/Text: bnc@nordstrom.com Oct 24 2015 01:14:54      Nordstrom,    POB 13589,
                 Scottsdale, AZ 85267-3589
22624245      +E-mail/Text: bnc@nordstrom.com Oct 24 2015 01:14:54      Nordstrom Visa,    PO Box 6555,
                 Englewood, CO 80155-6555
23287584      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2015 01:33:04
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 13
```

```
District/off: 0752-1          User: esullivan          Page 2 of 2          Date Rcvd: Oct 23, 2015
                              Form ID: pdf006          Total Noticed: 46
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22624216*       American Express,   POB 7871,   Fort Lauderdale, FL 33329
22624217*       American Express,   POB 7871,   Fort Lauderdale, FL 33329
22624220*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America Visa,   POB 982235,   El Paso, TX 79998-2235)
22624221*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America- Mastercard,   PO Box 982235,
               El Paso, TX 79998-2235)
                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2015 at the address(es) listed below:
              Deborah K Ebner    on behalf of Debtor Kimberly  Ricaurte dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Ira Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   CAPITAL ONE, N.A. ND-Four@il.cslegal.com
                                                                                             TOTAL: 6
```