# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: RICAURTE, KIMBERLY    § Case No. 14-40912
                             §
                             §
Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $819,747.84                    Assets Exempt: $22,100.00
(without deducting any secured claims)

Total Distribution to Claimants: $14,949.64      Claims Discharged
                                                 Without Payment: $1,065,270.53

Total Expenses of Administration: $2,686.45
```

3) Total gross receipts of $ 17,636.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,636.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $868,475.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,686.45 | 2,686.45 | 2,686.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 26,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 877,749.75 | 544,716.60 | 541,453.42 | 14,949.64 |
| **TOTAL DISBURSEMENTS** | $1,772,224.75 | $547,403.05 | $544,139.87 | $17,636.09 |

    4) This case was originally filed under Chapter 7 on November 12, 2014. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2016          By: /s/Ira Bodenstein
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Waddell Reed Investment account : (Account conti | 1129-000 | 10,021.09 |
| 2009 Mercedes : Jointly owned with Kimberly D. R | 1129-000 | 3,500.00 |
| Federal Income Tax Refund (2014) | 1224-000 | 4,115.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,636.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CitiBank, NA | 4110-000 | 54,000.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase, NA | 4110-000 | 19,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Capital | 4110-000 | 25,182.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, NA | 4110-000 | 770,293.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$868,475.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,513.61 | 2,513.61 | 2,513.61 |
| Ira Bodenstein | 2200-000 | N/A | 21.70 | 21.70 | 21.70 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.26 | 19.26 | 19.26 |
| Rabobank, N.A. | 2600-000 | N/A | 18.75 | 18.75 | 18.75 |
| Rabobank, N.A. | 2600-000 | N/A | 25.79 | 25.79 | 25.79 |
| Rabobank, N.A. | 2600-000 | N/A | 26.10 | 26.10 | 26.10 |
| Rabobank, N.A. | 2600-000 | N/A | 24.38 | 24.38 | 24.38 |
| Rabobank, N.A. | 2600-000 | N/A | 26.86 | 26.86 | 26.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,686.45 | $2,686.45 | $2,686.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 26,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $26,000.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 3,278.89 | 3,278.89 | 90.53 |
| 2 | Commerce Bank | 7100-000 | 13,304.00 | 16,778.87 | 16,778.87 | 463.27 |
| 3 | Grund & Leavitt, P.C. | 7100-000 | unknown | 91,205.00 | 91,205.00 | 2,518.19 |
| 4 | American Express Bank, FSB | 7100-000 | 3,143.00 | 2,672.48 | 2,672.48 | 73.79 |
| 5 | American Express Centurion Bank | 7100-000 | 1,572.00 | 1,173.74 | 1,173.74 | 32.41 |
| 6 | Cavalry SPV I, LLC | 7100-000 | 2,082.00 | 2,083.76 | 2,083.76 | 57.53 |
| 7 | USEFG, ELT BONY T IV | 7100-000 | 259,452.00 | 331,441.15 | 331,441.15 | 9,151.15 |
| 8 | Citibank, N.A. | 7100-000 | 30,398.00 | 34,339.07 | 34,339.07 | 948.11 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 55,032.00 | 58,480.46 | 58,480.46 | 1,614.66 |
| 10 | Illinois Department of Revenue | 7200-000 | N/A | 3,263.18 | 0.00 | 0.00 |
| NOTFILED | Nordstrom | 7100-000 | 689.00 | N/A | N/A | 0.00 |
| NOTFILED | Land Rover Financial Group | 7100-000 | 52,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Credit Union c/o Erik K. Jacobs: Hyzer & | 7100-000 | 170,260.75 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital Bank | 7100-000 | 5,848.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiPlatinum Select Processing Center | 7100-000 | 22,795.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Citibusiness Processing Center | 7100-000 | 99,638.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Visa | 7100-000 | 2,916.00 | N/A | N/A | 0.00 |
| NOTFILED | Northshore Medical Group | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Saks Fifth Ave | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom Visa | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citgo Processing Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 2,062.00 | N/A | N/A | 0.00 |
| NOTFILED | Skipper Bud's of Illinois | 7100-000 | 10,449.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell Credit Card | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America- Mastercard | 7100-000 | 9,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Visa Cardmember Service | 7100-000 | 5,924.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance National Recovery Group | 7100-000 | 62,761.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Ink | 7100-000 | 10,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Visa | 7100-000 | 12,713.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | | 7100-000 | 32,611.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $877,749.75 | $544,716.60 | $541,453.42 | $14,949.64 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-40912  
**Case Name:** RICAURTE, KIMBERLY

**Period Ending:** 01/12/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 11/12/14 (f)  
**§341(a) Meeting Date:** 12/22/14  
**Claims Bar Date:** 05/26/15

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  700 Sunset Lane, Glencoe IL, (Value obtained fro    Orig. Description: 700 Sunset Lane, Glencoe IL, (Value obtained from Appraisal on September 24, 2013); Imported from original petition Doc# 1; Exemption: 700 Sunset Lane (Value obtained from Appraisal on September 24, 2013)  - Amount: 15000.00; Lien: First Mortgage  700 Sunset Lane  Glencoe IL  (Value obtained from Appraisal on  Value $ September 24, 2013)  795000  - Amount: 770293.00; Lien: Home Equity Loan  700 Sunset Lane  Glencoe IL  (Value obtained from Appraisal on  Value $ September 24, 2013)  795000  - Amount: 54000.00 | 795,000.00 | 0.00 | | 0.00 | FA |
| 2  Diamond Resort , Cabo San Lucas, Mexico, share.    Orig. Description: Diamond Resort , Cabo San Lucas, Mexico, share. Value is unknown; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3  cash on person $30.00    Orig. Description: cash on person $30.00; Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 4  JP Morgan Chase checking account (last four digi    Orig. Description: JP Morgan Chase checking account (last four digits) 2787; Imported from original petition Doc# 1 | 28.28 | 0.00 | | 0.00 | FA |
| 5  Money Market account at JP Morgan - Stanley ---    Orig. Description: Money Market account at JP Morgan - Stanley --- ???; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Waddell Reed Investment account : (Account conti    Orig. Description: Waddell Reed Investment account : (Account continues to be held in names of Debtor | 2,547.75 | 0.00 | | 10,021.09 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-40912  
**Case Name:** RICAURTE, KIMBERLY  

**Period Ending:** 01/12/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 11/12/14 (f)  
**§341(a) Meeting Date:** 12/22/14  
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
|  | and ex spouse Gerald Ricaurte, despite terms of divorce judgment.) Ex husband is non communicative and supposedly out of the country.; Imported from original petition Doc# 1; Exemption: Waddell Reed Investment account : (Account continues to be held in names of Debtor and ex spouse Gerald Ricaurte, despite terms of divorce judgment.) Ex husband is non communicative and supposedly out of the country.  -  Amount: 750.00 |  |  |  |  |
| 7 | Miscellaneous items of heavily used furniture in<br>  Orig. Description: Miscellaneous items of heavily used furniture in excess of twelve years. Value referenced below is an estimate.; Imported from original petition Doc# 1; Exemption: Miscellaneous items of heavily used furniture in excess of twelve years. Value referenced below is an estimate.  -  Amount: 250.00 | 1,000.00 | 0.00 |  | 0.00 | FA |
| 8 | Miscellaneous items of women's clothing. Value r<br>  Orig. Description: Miscellaneous items of women's clothing. Value referenced below is an estimate.; Imported from original petition Doc# 1; Exemption: Miscellaneous items of women's clothing. Value referenced below is an estimate. Term life insurance policy: No cash Value ??         215 ILCS 5/238         0.00 0.00 Dependant child is beneficiary Universal Life Insurance Policy with Protective 215 ILCS 5/238         100% 2,989.56 Life Insurance : Beneficiary is minor dependant son. Surrender value listed below  -  Amount: 700.00 | 700.00 | 0.00 |  | 0.00 | FA |
| 9 | Term life insurance policy: No cash Value ?? Dep<br>  Orig. Description: Term life insurance policy: No cash Value ?? Dependant child is beneficiary; Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 10 | Universal Life Insurance Policy with Protective<br>  Orig. Description: Universal Life Insurance Policy | 2,989.56 | 0.00 |  | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 14-40912  
**Case Name:** RICAURTE, KIMBERLY  

**Period Ending:** 01/12/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 11/12/14 (f)  
**§341(a) Meeting Date:** 12/22/14  
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | with Protective Life Insurance : Beneficiary is minor dependant son. Surrender value listed below; Imported from original petition Doc# 1 | | | | |
| 11 | Term Life Insurance policies on life of Debtor a<br>Orig. Description: Term Life Insurance policies on life of Debtor and life of ex husband Gerald Ricaurte with Nationnwide Insurance; Imported from original petition Doc# 1; Exemption: Ricaurte, SC - Amount: 3000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Sole Owner of Kimberly D. Ricaurte, SC. 570 Linc<br>Orig. Description: Sole Owner of Kimberly D. Ricaurte, SC. 570 Lincoln Ave. #4 Winnetka, Illinois 60093: Entitly is a professional service corporation through which Debtor houses and maintains her dermatology medical proactice. Entity is believed to have no value: Tax returns to be tendered to Trustee at 34 1 meeting.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2009 Mercedes : Jointly owned with Kimberly D. R<br>Orig. Description: 2009 Mercedes : Jointly owned with Kimberly D. Ricaurte, SC; Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 3,500.00 | FA |
| 14 | 2014 Jeep Wrangler. (The value referenced below<br>Orig. Description: 2014 Jeep Wrangler. (The value referenced below is an estimate); Imported from original petition Doc# 1; Exemption: 2009 Mercedes : Jointly owned with Kimberly D. - Amount: 2400.00; Lien: lien on car title<br>2014 Jeep Wrangler. (The value referenced below is an estimate)<br>Value $ 20000 - Amount: 25182.00; Lien: May 8, 2010<br>2009 Mercedes : Jointly owned with Kimberly D. Ricaurte, SC<br>Value $ 20000 - Amount: 19000.00 | 20,000.00 | 0.00 | | 0.00 | FA |
| 15 | Rights to boat slip : Prairie Harbor Yacht Club:<br>Orig. Description: Rights to boat slip : Prairie Harbor | Unknown | 0.00 | | 0.00 | FA |

# Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 14-40912  
**Case Name:** RICAURTE, KIMBERLY

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 11/12/14 (f)  
**§341(a) Meeting Date:** 12/22/14

**Period Ending:** 01/12/16  
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Yacht Club:12800 Lakeshore Drive Pleasant Prairie, WI.; Imported from original petition Doc# 1 | | | | | |
| 16 | Federal Income Tax Refund (2014) (u) | Unknown | 0.00 | | 4,115.00 | FA |
| 16 | **Assets** Totals (Excluding unknown values) | **$832,295.59** | **$0.00** | | **$17,636.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

    4/20/2015- Review claims after 5/26/15 bar date and object as needed  
        Prepare TFR

**Initial Projected Date Of Final Report (TFR):** December 31, 2015      **Current Projected Date Of Final Report (TFR):** October 22, 2015 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-40912  
**Case Name:** RICAURTE, KIMBERLY  
**Taxpayer ID #:** **-***3919  
**Period Ending:** 01/12/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 920.41 | | 920.41 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 951.88 | | 1,872.29 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 1,223.06 | | 3,095.35 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 1,327.04 | | 4,422.39 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 1,609.02 | | 6,031.41 |
| 03/12/15 | {6} | Waddell & Reed Financial Advisors | Account liquidation proceeds | 1129-000 | 3,989.68 | | 10,021.09 |
| 03/31/15 | {13} | Kimberly Ricaurte | Sale of equty in 2009 Mercedes back to the debtor per order entered 3/31/15 | 1129-000 | 3,500.00 | | 13,521.09 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,511.09 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.26 | 13,491.83 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.75 | 13,473.08 |
| 06/03/15 | {16} | United States Treasury | 2014 Refund | 1224-000 | 4,115.00 | | 17,588.08 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.79 | 17,562.29 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.10 | 17,536.19 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.38 | 17,511.81 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.86 | 17,484.95 |
| 11/18/15 | 101 | Ira Bodenstein | TFR approved 11/17/2015 | 2100-000 | | 2,513.61 | 14,971.34 |
| 11/18/15 | 102 | Ira Bodenstein | TFR approved 11/17/2015 | 2200-000 | | 21.70 | 14,949.64 |
| 11/18/15 | 103 | American InfoSource LP as agent for | Final distribution TFR approved 11/17/2015 | 7100-000 | | 90.53 | 14,859.11 |
| 11/18/15 | 104 | Commerce Bank | Ref # 8183 | 7100-000 | | 463.27 | 14,395.84 |
| 11/18/15 | 105 | Grund & Leavitt, P.C. | Final distribution TFR approved 11/17/2015 | 7100-000 | | 2,518.19 | 11,877.65 |
| 11/18/15 | 106 | American Express Bank, FSB | Ref # 2005 | 7100-000 | | 73.79 | 11,803.86 |
| 11/18/15 | 107 | American Express Centurion Bank | Ref # 1003 | 7100-000 | | 32.41 | 11,771.45 |
| 11/18/15 | 108 | Cavalry SPV I, LLC | Final distribution TFR approved 11/17/2015 | 7100-000 | | 57.53 | 11,713.92 |
| 11/18/15 | 109 | USEFG, ELT BONY T IV | Ref # 7169 | 7100-000 | | 9,151.15 | 2,562.77 |
| 11/18/15 | 110 | Citibank, N.A. | Ref # 8497 | 7100-000 | | 948.11 | 1,614.66 |
| 11/18/15 | 111 | PYOD, LLC its successors and assigns as assignee | Ref # 7181 | 7100-000 | | 1,614.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 17,636.09 | 17,636.09 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,636.09 | 17,636.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,636.09** | **$17,636.09** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 14-40912 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** RICAURTE, KIMBERLY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0066 - Checking Account |
| **Taxpayer ID #:** **-***3919 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/12/16 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0066** | 17,636.09 | 17,636.09 | 0.00 |
| | $17,636.09 | $17,636.09 | $0.00 |

{} Asset reference(s)

Printed: 01/12/2016 11:44 AM   V.13.25